# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) CASE NO. 3:07cv605HTW-LRA<br>) |
| LISA HAMILTON AND MARY SMITH | )<br>)<br>)<br>) |
| Defendant | ) |

## ORDER GRANTING MOTION OF LIBERTY NATIONAL LIFE INSURANCE COMPANY FOR SUMMARY JUDGMENT

This case came on to be heard on the Motion of Liberty National Life Insurance Company for Summary Judgment filed on August 24, 2009. Liberty National asserts in its motion that the insurance policy in question is void as a result of material misrepresentations in the application for insurance by Edgar Williams, that Liberty National is therefore entitled to judgment as a matter of law, and is entitled to recovery of the policy proceeds of $20, 552. 33 it previously deposited into this Court.

Under the local rules, Defendants/Claimants were required to file a response to this motion no later than September 8, 2009. Defendant Mary Smith has now confessed the motion. No response has been filed by defendant Lisa Hamilton to this motion, and no objection has been made by any party to Liberty National's recovery of the policy proceeds.

Having considered the Motion and supporting Affidavit, and noting the absence of any objection from the Defendants, the Court finds that Liberty National's Motion is well taken and

should be granted, and the Court hereby

ORDERS that Liberty National's Motion for Summary Judgment be and the same is hereby granted; and

FURTHER ORDERS that the Clerk is directed to issue a check in the amount of $20,552.33, plus applicable interest, if any, to Liberty National Life Insurance Company; and

FURTHER ORDERS that this action be and the same is hereby dismissed.

SO ORDERED this the 8th day of December 2009.

_____
UNITED STATES DISTRICT JUDGE

Order submitted by:
Douglas J. Gunn (MB #5068)
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
 Suite 300
Post Office Box 650
Jackson, Mississippi 39205
Telephone: 601/965-1900
dgunn@watkinseager.com